Francois Ducasse, Respondent, Appellant, v. American Yellow Taxi Operators, Inc., and Yellow Taxi Corporation, Defendants, and Yellow Taxi Corporation, New York, Appellant, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

James T. Gorton, Respondent, v. Jos. M. Labra, Inc., Joseph M. Labra and Sofia Labra, Appellants. Joseph Staubach, Jr., Joseph M. Bocanegra, Anderson Brick & Supply Co., Inc., Ajax Trim Corporation and Lawrence Bros., Inc., Respondents.— Motion for reargument granted, and upon reargument, motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

Vera Gurman, Respondent, v. Charles Hancock Smith, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

Benjamin F. Hendricks, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Motion to resettle order granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ. Settle order on notice.

In the Matter of the Application of Abel E. Blackmar for Appointment as Official Referee.— Application granted, such appointment to take effect January 1, 1929. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of the Brooklyn Bar Association to Discipline an Attorney (Arthur L. Hurley).— Motion for leave to appeal to the Court of Appeals granted; order to be settled on two days' notice. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Located on the Northerly Side of Avenue W, between Knapp and Brigham Streets, Gerritsen Beach, Borough of Brooklyn, as a Site for School Purposes, According to Law.— Motion to confirm report of official referee and to direct payment of award granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Application of Augusta A. Higgins for the Payment of Award for Damage Parcels Numbers 3A and 3B in the Proceedings for the Acquiring Title by the City of New York to Certain Lands and Premises Situate on the Northerly Side of Copeland Avenue, between Montague and Griffith Avenues, Glendale, Borough of Queens, City of New York, Duly Selected as a Site for School Purposes, According to Law.— Motion to confirm report of official referee and to direct payment of award granted; order signed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

In the Matter of the Murray Building Corporation for the Payment of an Award for a School Site at Two Hundred and Second Street and One Hundred and Fifteenth Avenue.— Motion for payment of award referred to an official referee to hear and to report to this court with his opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.